United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL PATRICIO ALLAICO ROMERO,<br><br>Petitioner,<br><br>VS.<br><br>WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.*<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-4322 |

**ORDER OF DISMISSAL**

Petitioner Manuel Patricio Allaico Romero filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On July 15, 2026, the court ordered the respondents to answer (Dkt. 6). The respondents moved to dismiss (Dkt. 7) and present evidence that the petitioner was removed from the United States on May 14, 2026.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on July 28, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE